IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU and UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL CITY BANK,<br>through its Successor in Interest,<br><br>　　　　Defendant. | CIVIL ACTION NO:　2:13-cv-01817-CB |

## DISBURSEMENT ORDER

Pursuant to the Consent Order entered in this action on January 9, 2014, and the Joint Motion for Entry of Disbursement Order, the Court hereby finds and orders as follows:

1. The Joint Motion seeks the Court's approval of the disbursement of the funds remaining in the Settlement Fund in this matter, totaling $443,575.32, to Homeownership Preservation Foundation ("HPF") to provide comprehensive housing counseling services to African-American and Hispanic current and potential homeowners, as further detailed in the Joint Motion for Entry of Disbursement Order.

2. The Court finds that the relief described in the Joint Motion is consistent with the Consent Order. The Joint Motion is hereby GRANTED and the Successor shall proceed to cause the Administrator to make proposed disbursement from the Settlement Fund in this matter.

**SO ORDERED** this  6th   day of  January  , 2017.

                                   s/Cathy Bissoon  
                                   **UNITED STATES DISTRICT JUDGE**